UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROGER FOUNTAIN** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 4:21-cv-3043 |
| **US STANDARD PRODUCTS CORP.** | § § § | |
| **Defendant.** | § | |

## DEFENDANT US STANDARD PRODUCTS CORP'S EXHIBIT INDEX

Plaintiff's Original Petition and Citation ..........................................................................................1

Defendant's Original Answer and Affirmative Defenses ................................................................2

State Court Docket Sheet .................................................................................................................3

1

## Case Number: 215200242158

| | | |
|---|---|---|
| Roger Fountain<br>Plaintiff<br>vs.<br>US Standard Products Corp<br>Defendant | § § § § § § § | In the Justice Court<br>Harris County, Texas<br>Precinct 5, Place 2<br>16715 Clay Road<br>Suite 3<br>Houston, TX 77084<br>713-274-0800<br>www.jp.hctx.net |

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

**TO: ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to: Lauren Pierce

US Standard Products Corp
6510 NW 21st Avenue
Ft Lauderdale, FL 33309

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 08/24/2021

Nature of demand made by Plaintiff(s): money owed in the amount of $20,000.00. A copy of the petition is attached.

**Notice**
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 8/24/2021



/s/ Ana Gallo
Clerk of the Court
Harris County Justice Court
Precinct 5, Place 2

Address of Plaintiff

8524 HWY 6 N Suite 419
Houston TX 77095

Address of Plaintiff's Attorney

**Small Claims Petition**

NO. 215200242158

Plaintiff(s): ROGER FOUNTAIN

§ In the Justice Court of Harris County, Texas
§ Precinct _____ Place _____
§
§
§
§

vs.

Defendant(s): U.S. STANDARD PRODUCTS CORP

RECEIVED
AUG 24 2021
Hon. Jeff Williams
JUSTICE OF THE PEACE 5/2

Plaintiff: ROGER FOUNTAIN

Describe the legal nature of the plaintiff (e.g., individual, sole proprietorship, partnership, corporation): INDIVIDUAL

Defendant: US STANDARD PRODUCTS CORP
Address: 41 HONECK ST
City: ENGLEWOOD  State: NJ  Zip: 07631  Date of Birth (if applicable): N/A

Describe the legal nature of the defendant (e.g., individual, sole proprietorship, partnership, corporation): CORPORATION

*Defendant may be served by serving LAUREN PIERCE
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at 6510 NW 21ST AVE, FT. LAUDERDALE, FL 33309
(state the address for service of process).
The defendant's usual place of business or residence, or other place where defendant can probably be found is 41 HONECK ST ENGLEWOOD, NJ 07631.

**Cause of Action**
(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)

VIOLATIONS OF TCPA FOR PHONE CALLS AND TEXT MESSAGES

**Relief Requested** (Describe the relief you are requesting, itemizing the amount of damages you are seeking.)

$20,000.00 FOR DAMAGES ALLOWED BY FEDERAL LAW

Respectfully submitted,

Signature of Plaintiff or Plaintiff's Attorney of Record
Printed Name: ROGER FOUNTAIN
State Bar No.
Address: 8524 HWY 6 N #419  HOUSTON, TX 77095
Telephone: 972-890-4059  Fax Number:
E-Mail Address: rcfountain@live.com

☒ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

2

CAUSE NO. 215200242158

| | |
|---|---|
| **ROGER FOUNTAIN,**<br><br>Plaintiff,<br><br>v.<br><br>**US STANDARD PRODUCTS CORP.,**<br><br>Defendant. | **IN THE JUSTICE OF THE PEACE COURT**<br><br><br><br>**PRECINCT 5, PLACE 2**<br><br><br><br>**HARRIS COUNTY, TEXAS** |

## DEFENDANT US STANDARD PRODUCTS CORP.'S
## ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Standard Products Corp. ("Defendant"), files this Original Answer and Affirmative Defenses to the claims asserted by Plaintiff Roger Fountain in his Small Claims Petition, and would show as follows:

## I.
## GENERAL DENIAL

1.   Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant hereby asserts a general denial to all of the material allegations contained in Plaintiff's Small Claims Petition and demands strict proof thereof.

## II.
## AFFIRMATIVE DEFENSES

Defendant raises the following affirmative defenses, but reserves the right to amend its Answer to raise any additional affirmative defenses which it may have against Plaintiff's claims:

2.   Plaintiff lacks standing to bring the claims that he is purportedly asserting.

3.   The Complaint fails to state a claim upon which relief may be granted.

4.   Plaintiff has not suffered a concrete and particularized injury.

**DEFENDANT US STANDARD PRODUCTS CORP.'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES – Page 1**

5. To the extent that Plaintiff received the subject text message(s) and/or telephone call(s) alleged in the Complaint, prior express consent, as well as prior express written consent, was obtained for the purpose of contacting the phone number at which Plaintiff alleges to have received the subject text message(s) and/or telephone call(s) and therefore, Plaintiff's claims must fail.

6. Defendant incorporates by reference all provisions set forth within 47 U.S.C. § 227 and 47 C.F.R. § 64.1200 (including prior versions of this statute and regulation) and relies herein on any safe harbor provisions, exemptions, exceptions, limitations, conditions, or other defenses that may be set forth herein.

7. Defendant states that it has complied with all applicable statutes and regulations, thereby barring any and all of Plaintiff's claims.

8. Plaintiff's claims are barred by the doctrines of estoppel, waiver, consent, and other equitable doctrines.

9. Plaintiff's claims barred because any alleged acts or omissions of Defendant giving rise to the alleged claims were the result of an innocent mistake and/or bona fide error notwithstanding that Defendant established and implemented reasonable practices and procedures to effectively prevent telephone solicitations in alleged violation of the regulations prescribed by 47 U.S.C. § 227. Defendant acted at all times in a reasonable manner in connection with the events at issue in this case.

10. To the extent that Plaintiff received the subject text message(s) and/or telephone call(s) alleged in the Complaint, an automatic telephone dialing system as that term is defined by 47 U.S.C. § 227, the implementing regulations promulgated thereunder, the Federal

Communications Commission's rulings and/or decisional law interpreting same was not used to place the subject text messages.

11. Application of the TCPA, as interpreted by the FCC, violates the First Amendment to the United States Constitution because such application relies upon content-based restrictions of protected speech. *See Reed v. Town of Gilbert*, 135 S. Ct. 2218, 2227 (2015) ("Government regulation of speech is content-based if a law applies to particular speech because of the topic discussed or the idea or message expressed.").

12. The TCPA violates the First Amendment to the United States Constitution because it is an unconstitutional regulation of free speech. *See Martin v City of Struthers, Ohio*, 319 U.S. 141 (1943).

13. Any loss, injury, or damage incurred by Plaintiff was proximately caused by the acts of third parties whom Defendant neither controlled nor had the right to control, and was not proximately caused by any acts, omissions or other conduct of Defendant.

14. Plaintiff's claims are barred by laches.

15. Any loss, injury, or damage incurred by Plaintiff was caused by independent contractors for whose actions Defendant is not liable.

16. Plaintiff has failed to join all necessary and/or indispensable parties to this action.

17. Plaintiff has not suffered any damages due to Defendant's alleged actions. Plaintiff must sustain an injury in fact specific to each individual text message for which Plaintiff claims a violation.

18. This Court lacks personal jurisdiction over Defendant.

## III.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant further respectfully requests that Plaintiff take nothing and that all costs of court be taxed against Plaintiff. Defendant further requests all such other and further relief to which it may show itself justly entitled.

Date: September 10, 2021                    Respectfully submitted,

                                                */s/ C. Bryce Benson*
C. Bryce Benson
Texas Bar No. 24031736
bryce.benson@akerman.com
Michael B. Hess
Texas Bar No. 24095710
michael.hess@akerman.com
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas  75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

**ATTORNEYS FOR DEFENDANT**
**US STANDARD PRODUCTS CORP.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 10, 2021, a true and correct copy of the foregoing document was served, in accordance with the Texas Rules of Civil Procedure, on all counsel of record.

                         */s/ Michael B. Hess*
                         Michael B. Hess

3

# Justice of the Peace Courts
## Case Information

## Case Summary for 215200242158 as of September 17, 2021 11:06:20 AM :

### General Case Information

| | |
|---|---|
| **Case Number:** | 215200242158 |
| **Court Info:** | [Click here to visit court web site.](#) |
| **Style of Case:** | Roger Fountain vs. US Standard Products Corp |
| **Filed Date:** | August 24, 2021 |
| **Days Old:** | 24 |
| **Case Status:** | Active |
| **Disposition:** | |
| **Disposition Date:** | |
| **Judgment Date:** | |

### Civil Information

| | |
|---|---|
| **Nature of Claim:** | Small Claims |
| **Claim Amount:** | $20,000.00 |

## Party Information

| | |
|---|---|
| **Party Name:** | Fountain, Roger |
| **Party Type:** | Plaintiff |

| | |
|---|---|
| **Party Name:** | US Standard Products Corp |
| **Party Type:** | Defendant |

## Hearing Information

## Payment Information

| | |
|---|---|
| **Payment Date:** | August 24, 2021 |
| **Amount:** | $49.00 |
| **Payment Type:** | Cash |
| **Transaction Type:** | Payment |
| **Receipt Description:** | Payment |
| **Payor Name:** | Fountain, Roger |

## Event Information

| | |
|---|---|
| **Event Description:** | Citation |
| **Date Added:** | August 24, 2021 |

| | |
|---|---|
| **Event Description:** | Original Petition Filed |
| **Date Added:** | August 24, 2021 |

| | |
|---|---|
| **Event Description:** | Small Claims-Citation Money Damages |
| **Date Added:** | August 24, 2021 |

| | |
|---|---|
| **Event Description:** | Notice |
| **Date Added:** | September 08, 2021 |

| | |
|---|---|
| **Event Description:** | Answer Filed |
| **Date Added:** | September 10, 2021 |

## Bond Information

## Judgment Information

**Disclaimer**

Although Harris County Justice of the Peace Courts make every effort to ensure that information provided is accurate, neither Harris County nor any agency, officer, elected official or employee of Harris County, warrants the accuracy, reliability, or timeliness of any information on this web site and shall not be liable for any losses caused by such reliance on the accuracy, reliability or timeliness of such information, including, but not limited to incidental and consequential damages. This publication is provided "as is" without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose or non-infringement.

Any person who relies on information obtained from this website does so at his or her own risk. In addition, nothing contained within this web site is an official record of Harris County or the elected officials responsible therefore. All official records of Harris County and the offices of countywide elected officials are on file in their respective offices and may be reviewed by the public at those offices.

Please note: Because case status may change at any time, the case information displayed may not be accurate. If you have any questions about the case status shown, you should verify the information with the official case record.